NICOLE U. RINKE (Cal. Bar. No. 257510)
AUSTIN QUINN-DAVIDSON (Cal. Bar. No. 252276)
TAHOE REGIONAL PLANNING AGENCY
P.O. BOX 5310
Stateline, Nevada  89448
Tel: (775) 588-5217
Fax:  (775) 588-4527
E-mail: aquinn-davidson@trpa.org

Attorney for Defendant
Tahoe Regional Planning Agency

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAKE TAHOE PROPERTIES PROFIT SHARING PLAN, <br><br> Plaintiff, <br><br> vs. <br><br> TAHOE REGIONAL PLANNING AGENCY, <br><br> Defendant. | Case No.: 2:10-cv-01008-MCE-KJM <br><br> TRPA'S ORDER FOR DISMISSAL WITHOUT PREJUDICE <br> F. R. Civ. P. Rule 41(a)(1) |

Pursuant to stipulation, this action is voluntarily dismissed without prejudice, and each Party is further ordered to bear its own attorneys fees and costs. The Clerk is directed to close the file.

IT IS SO ORDERED.

Dated: July 7, 2010

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

TRPA's Stipulation and Order for Dismissal Without Prejudice

1

PDF created with pdfFactory trial version www.pdffactory.com